IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN R. TURK,

    Petitioner,               No. CIV S-05-1972 FCD KJM P

    vs.

SCOTT KERNAN, Warden,

    Respondent.            ORDER

                              /

        Petitioner, a state prison inmate proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his 1986 Sacramento County conviction for assault by a life prisoner, among other things.

        The court's records reveal that petitioner previously has filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. Turk v. White, Civ. No. S-94-1132. The previous application was filed on July 11, 1994, and was decided on the merits on September 29, 1995. Accordingly, this petition is successive and must be authorized by the Court of Appeals. 28 U.S.C. § 2244(b)(3); Rule 9, Rules Governing Section 2254 Cases. Petitioner has not demonstrated he has received such authorization.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Court

2 of Appeals for the Ninth Circuit.

3 DATED: October 26, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

2

turk1972.