IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN R. TURK,

        Petitioner,               No. CIV S-05-1972 FCD KJM P

    vs.

SCOTT L. KERNAN,

        Respondent.            <u>ORDER</u>

                                 /

        On October 27, 2005, this case was transferred to the Court of Appeals for the Ninth Circuit because petitioner had not received authorization from that court to file a successive petition for a writ of habeas corpus. 28 U.S.C. § 2244(b)(3); Rule 9, Rules Governing Section 2254 Cases.

        On March 10, 2006, the Court of Appeals denied authorization to pursue a successive writ. <u>Turk v. Kernan</u>, No. 05-77146.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

DATED: April 16, 2007.

                                                                      U.S. MAGISTRATE JUDGE

2/turk1972.ooh